UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LASHAWNE NELSON-ROJAS, a.k.a. LASHAWNE MARIE NELSON,

Plaintiff,

v.

ARAMARK CORRECTIONAL SERVICES,

Defendant.

NO: 1:14-cv-3011-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION TO STRIKE HABEAS CORPUS PETITION

BEFORE THE COURT is the Report and Recommendation to Strike Habeas Corpus Petition (ECF No. 16). Plaintiff, a prisoner at the Yakima County Jail, is proceeding *pro se* and *in forma pauperis*, although the balance of the $350.00 filing fee has now been paid in full. Defendant Aramark Correctional

Services[1] is represented by Attorneys Michael K. Rhodes and Michael A. Jaeger of Lewis Brisbois Bisgaard & Smith LLP, although the Court has not directed service in this action.

There being no objections to this Report and Recommendation, and in light of Plaintiff's concession in her letter dated May 26, 2014 (ECF No. 19), **IT IS ORDERED** that the District Court Executive shall **STRIKE** the Petition filed on May 1, 2014 (ECF No. 12). The Court reserves ruling on the Report and Recommendation to Dismiss First Amended Complaint in Part (ECF No. 17).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff at the Yakima County Jail. Attorneys Rhodes and Jaeger shall be notified in the regular course of business.

**DATED** June 3, 2014.




THOMAS O. RICE
United States District Judge

[1] Attorneys Jaeger and Rhodes clarify in an Objection filed May 30, 2014 (ECF NO. 18) that Aramark Correctional Services, LLC, was incorrectly sued as Aramark Correctional Services.