UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LASHAWNE NELSON-ROJAS, aka LASHAWNE MARI E NELSON,<br><br>           Plaintiff,<br><br>     v.<br><br>ARAMARK CORRECTIONAL SERVICES,<br><br>           Defendant. | NO:  4:14-CV-3011-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is a Report and Recommendation issued by Magistrate Judge Hutton on March 19, 2015 (ECF No. 53), recommending that the parties' stipulation of dismissal be granted and setting an April 2, 2015 deadline for filing objections. No objections to the Report and Recommendation have been filed. Having reviewed the Report and Recommendation, the Court hereby adopts Magistrate Judge Hutton's recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Report and Recommendation (ECF No. 53) is **ADOPTED** in its entirety.

2. The parties' Stipulation of Dismissal (ECF No. 52) is **GRANTED**.

3. This matter is dismissed pursuant to the parties' release and settlement agreement.

4. The District Court Executive is hereby directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

**DATED** April 7, 2015.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2